

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00721-CR

JAMES JORDAN, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 240th District Court of Fort Bend County.
(Tr. Ct. No. 13-DCR-062954B).

This case is an appeal from the final judgment signed by the trial court on May 28, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 5, 2015.

Panel consists of Justices Jennings, Higley, and Brown. Opinion delivered by Justice Brown.